# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Katherine Moehn,<br><br>　　　　Plaintiff,<br><br>v.<br><br>National Credit Services, Inc. d/b/a Northland Credit Control and Mike Morris,<br><br>　　　　Defendants. | Court File No.: 11-CV-02961 (PAM-JJK)<br><br>**Order for Dismissal** |

Based upon the Notice of Voluntary Dismissal filed by the Plaintiff on November 16, 2011 [Docket No. 2],

**IT IS ORDERED** that this action is dismissed on its merits and with prejudice and without costs, disbursements, or attorneys' fees to any party.

## LET JUDGMENT BE ENTERED ACCORDINGLY

　　　　　　　　　　　　　　　　　　　　BY THE COURT

Date:  November 17, 2011

　　　　　　　　　　　　　　　　　　　　s/Paul A. Magnuson
　　　　　　　　　　　　　　　　　　　　Honorable Paul A. Magnuson
　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge